UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

JUAN JOSE ORTIZ and                               Case No.:   14-20973-AJC
DORA L ORTIZ-REYES,                               Chapter:   13

       Debtors.                                    /

_____

**MOTION TO COMPEL PAYMENT OF ESCROW, OR IN THE ALTERNATIVE,
MOTION TO DEEM DEBT NON-DISCHARGEABLE**

Nationstar Mortgage LLC d/b/a Mr. Cooper ("Secured Creditor"), by and through

undersigned counsel, hereby files this Motion to Compel Payment of Escrow as an

administrative expense pursuant to 11 U.S.C. § 361 and 503(b), or in the alternative, Motion to

Deem Debt Non-Dischargeable, and in support thereof states:

1.      Debtors' Bankruptcy Case:   This case was commenced by the filing of a

voluntary Chapter 13 petition on May 13, 2014 (the "Petition Date") by Juan Jose Ortiz and Dora

L Ortiz-Reyes (the "Debtors").

2.      Collateral:     Secured Creditor holds a first mortgage lien against the Debtors'

real property located at 3600 NW 13th Street, Miami, Florida 33125 (the "Property").

3.      Proof of Claim:      Bank of America filed Proof of Claim # 8-1.    The loan

was transferred to the Secured Creditor on June 7, 2019 (Doc. No. 66).    Pursuant to paragraph 3

of the mortgage, the Debtors shall make monthly installment payments for escrow items.

Escrow items include but are not limited to property taxes ("taxes") and property insurance

("insurance").   In addition, pursuant to paragraph 5 of the mortgage, the Debtors are required to

maintain insurance on the property and if the Debtors fail to do so, Secured Creditor may obtain

insurance at the Debtors' expense.

4.    Confirmed Plan:    The Debtors' Confirmed Second Amended Plan (the "Confirmed Plan") (Doc. No. 42) provided for a valuation of $122,500.00 and monthly payments to Secured Creditor over 58 months with an interest rate of 5.25%, for payments totaling $138,965.10.    However, the monthly payment only addressed principal and interest. The Amended Agreed Order on Motion to Value (Doc. No. 55) provided the Debtors their own taxes and insurance payments.

5.    Reimbursement:    Secured Creditor is entitled to reimbursement for taxes and insurance as adequate protection pursuant to 11 U.S.C. § 361 and 503(b).    Secured Creditor has advanced funds to support the "actual, necessary costs and expenses of preserving the estate".

6.    Payment:    Secured Creditor requests that the Court enter an order compelling payment of escrow.    Secured Creditor has advanced the following funds:

| Date | Description | Amount |
|---|---|---|
| 11/7/2014 | Insurance | $1,175.05 |
| 11/7/2014 | Taxes | $2,755.01 |
| 12/15/2014 | Flood | $9.33 |
| 01/26/2015 | Flood | $186.90 |
| 03/24/2015 | Flood Refund | $48.28 |
| 03/27/2015 | Flood Insurance | $1,746.00 |
| 03/27/2015 | Flood Insurance | $907.00 |
| 05/11/2015 | Hazard Insurance Disbursement | $2,920.00 |
| 05/11/2015 | Flood Insurance Disbursement | $2,191.00 |
| 04/14/2016 | Flood Insurance Disbursement | $2,862.00 |
| 05/16/2016 | Earthquake Insurance Disbursement | $1,112.00 |
| 04/17/2017 | Earthquake Insurance Disbursement | $1,386.00 |
| 04/24/2017 | Flood Insurance Disbursement | $2,704.00 |
| 04/16/2018 | Flood Insurance Disbursement | $3,298.00 |
| 04/16/2018 | Earthquake Insurance Disbursement | $1,771.00 |
| 04/10/2019 | Flood/SFR/Dwelling or Building Insurance | $2,102.00 |
| 05/9/2019 | Flood/SFR/Dwelling or Building Insurance | $4,010.00 |

Total: $31,183.57

7.    Insurance:    The Debtors have not provided Secured Creditor with proof of insurance or payment of a separate policy.

8.      <u>Debt</u>:  If the Debtors fail to remit payment, Secured Creditor requests an Order Deeming Debt Non-Dischargeable.

9.      <u>Motion</u>:      Secured Creditor reserves the right to supplement and/or amend this Motion.

WHEREFORE, the Secured Creditor requests that the Court enter an order compelling a payment of escrow, or in the alternative, a order granting the debt non-dischargeable and for such other and further relief as the Court deems just and proper.

McCalla Raymer Leibert Pierce, LLC

By:      */s/Ashley Prager Popowitz*
Ashley Prager Popowitz
Florida Bar No. 72341
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL    33301
754-263-1065
Ashley.Popowitz@mccalla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on September 19, 2019 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail, First Class to Juan Jose Ortiz, 2800 Southwest 67 Avenue, Miami, FL 33155 and Dora L Ortiz-Reyes, 2800 Southwest 67 Avenue, Miami, FL 33155.

By:     _/s/Ashley Prager Popowitz_____
        Ashley Prager Popowitz

- Becket and Lee LLP notices@becket-lee.com
- Desiree Calas-Johnson rcjlawecf@gmail.com, rcjlawpa@aol.com;reyesmr73611@notify.bestcase.com
- Connie J Delisser cdelisser@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com
- Amy M Kiser bankruptcy@gilbertgrouplaw.com
- Nancy K. Neidich e2c8f01@ch13miami.com, ecf2@ch13miami.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Ashley Prager Popowitz Ashley.popowitz@mccalla.com, flbkecf@mccalla.com
- Mary Reyes rcjlawecf@gmail.com, rcjlawpa@aol.com;reyesmr73611@notify.bestcase.com
- Matthew H Scott mhs@trippscott.com, bankruptcy@trippscott.com
- Lisa B Singer bkmail@rosicki.com